# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| ROBERT PAYNE, ) | |
| ) | C/A No.: 6:12-265 DCN |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| CHARLESTON COUNTY and FENNELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court upon defendants' Motion to Dismiss. The motion was filed on March 6, 2012. Plaintiff filed a response to the motion on May 24, 2012, requesting that the court allow him to voluntarily dismiss his complaint.

**IT IS THEREFORE ORDERED,** that plaintiff's request to voluntarily dismiss his complaint is **GRANTED**, and this action is hereby ended.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 30, 2012
Charleston, South Carolina